David H. Waters, State Bar No. 078512
Robert M. Bodzin, State Bar No. 201327
Alison F. Greene, State Bar No. 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIUS PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; and DOES 1-50, Inclusive,<br><br>Defendants. | No.  C 09-01188 PJH<br><br>**STIPULATION TO EXTEND LAST DAY TO COMPLETE MEDIATION**<br><br>Complaint Filed:  December 30, 2008<br>Trial Date:          None<br>Judge:                Hon.  Phyllis J. Hamilton |

Plaintiff Flavius Payne and Defendant Great American Insurance Company, through their respective counsel, hereby stipulate and agree that there is good cause to move the date for completion of the mediation in the above-referenced matter from September 25, 2009 to October 22, 2009.

The good cause for the continuance is that the parties have agreed to conduct limited discovery prior to mediation, including a two-hour deposition of Plaintiff, which will be set when Plaintiff's complete subpoenaed medical and motor vehicle records are provided from the vendors within the next several weeks.

Accordingly, the parties agree there is good cause to continue the last day to complete mediation until October 22, 2009.

///

///

08/13/2009 11:55 707 837 9532      Johnston Law Office      #0269 P.002 /002
Aug-12-09  03:54pm  From-BURNHAM BROWN      +510 835 6666     T-924  P.004/004  F-739

Case 4:09-cv-01188-PJH   Document 14   Filed 08/25/09   Page 2 of 2

1  DATED: August 13, 2009

2

3  _Richard Johnston_
   Richard Johnston
   Attorney for Plaintiff FLAVIUS PAYNE
4  131-A Stony Circle, Suite 500
   Santa Rosa, CA 95401
5  Telephone: (707) 577-7422
   Facsimile: (707) 837-9532

6

7  DATED: August 13, 2009

8

9  _Robert M. Bodzin_
   Robert M. Bodzin
10 Attorney for Defendant GREAT
   AMERICAN INSURANCE COMPANY
11 BURNHAM BROWN
   1901 Harrison Street, 11th Floor
12 Oakland, California 94612
   Telephone:  (510) 444-6800
13 Facsimile:  (510) 835-6666

14 IT IS SO ORDERED.

15 DATED: August 25, 2009

   _____
16 PHYLLIS J. HAMILTON
   JUDGE OF THE UNITED STATES

   IT IS SO ORDERED
   Judge Phyllis J. Hamilton

959874

STIPULATION                                2                         No. C 09-01188 PJH;