David H. Waters, State Bar No. 078512
Robert M. Bodzin, State Bar No. 201327
Alison F. Greene, State Bar No. 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIUS PAYNE, | No.  C 09-01188 PJH |
| Plaintiff, | **STIPULATION TO EXTEND LAST DAY TO COMPLETE MEDIATION** |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY; and DOES 1-50, Inclusive, | |
| Defendants. | Complaint Filed:  December 30, 2008<br>Trial Date:      None<br>Judge:          Hon.  Phyllis J. Hamilton |

Plaintiff Flavius Payne and Defendant Great American Insurance Company, through their respective counsel, hereby stipulate and agree that there is good cause to move the date for completion of the mediation in the above-referenced matter from October 22, 2009 to November 30, 2009.

The good cause for the continuance is that the mediator Craig Meredith's office has confirmed that he is not available for mediation between October 12th and October 22nd which is the dates that the parties were going to mediate and that his next available dates are November 9, 10, 19 and 20.

///

///

///

///

Accordingly, the parties agree there is good cause to continue the last day to complete
November 30, 2009
mediation until ~~October 22, 2009~~.

DATED: _Sep 1_ , 2009

Richard Johnston
Attorney for Plaintiff FLAVIUS PAYNE
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 577-7422
Facsimile: (707) 837-9532

DATED: _September 2_, 2009

Robert M. Bodzin
Attorney for Defendant GREAT
AMERICAN INSURANCE COMPANY
BURNHAM BROWN
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

IT IS SO ORDERED.

DATED: Sept. 9 ___ , 2009

PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES
DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

963376

STIPULATION

2

No. C 09-01188 PJH;