1  David H. Waters, State Bar No. 078512
   Robert M. Bodzin, State Bar No. 201327
2  Alison F. Greene, State Bar No. 148309
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 11th Floor
   Oakland, California  94612
6  Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
7  Email:        dwaters@burnhambrown.com
                 rbodzin@burnhambrown.com
8                agreene@burnhambrown.com

9  Attorneys for Defendant
   GREAT AMERICAN INSURANCE COMPANY
10

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14  FLAVIUS PAYNE,                          No.  C 09-01188 PJH
                                            State File No. SCV 244247
15            Plaintiff,
                                            **STIPULATION CONTINUING CASE**
16  v.                                      **MANAGEMENT CONFERENCE AND**
                                            **ORDER CONTINUING CASE**
17  GREAT AMERICAN INSURANCE                **MANAGEMENT CONFERENCE**
    COMPANY; and DOES 1-50, Inclusive,
18                                          Date:    October 29, 2009
            Defendants.                     Time:    2:30 p.m.
19                                          Dept.:   Courtroom 3 (Oakland, CA)

20                                          Complaint Filed:  December 30, 2008
                                            Trial Date:
21                                          Judge:            Hon. Phyllis J. Hamilton

22       Plaintiff FLAVIUS PAYNE and Defendant GREAT AMERICAN INSURANCE

23  COMPANY, through their respective counsel, hereby stipulate and agree that there is good

24  cause to continue the date for the case management conference from October 29, 2009 to a date

25  after November 20, 2009.

26       Pursuant to this Court's Order, the last date to complete mediation in this case is

27  November 30, 2009.   The parties have selected a mediator, and the mediation is currently

28  scheduled to proceed on November 20, 2009.

STIPULATION CONTINUING CASE                  1              No.  C 09-01188 PJH
MANAGEMENT CONFERENCE AND ORDER                         State File No. SCV 244247

1    The parties anticipated completing mediation before the pending October 29, 2009 case

2    management conference date.   The parties had agreed to conduct limited discovery before

3    mediation, designed to permit the parties to obtain the most critical information necessary in

4    order to successfully mediate.   Unfortunately, delay in obtaining records through subpoena

5    from medical providers, and especially from the California Department of Motor Vehicles (as a

6    result of the California budget crisis and state employee furloughs), precluded the parties from

7    obtaining that information in time to conclude mediation before the currently pending case

8    management conference.

9    The parties agree and stipulate that both the parties and the court will avoid unnecessary

10   time and expense if the case management conference is continued to a date after the pending

11   November 20, 2009 mediation date.   Should the case conclude through mediation on

12   November 20, 2009, a case management conference will not be necessary.   Should the parties

13   not settle, the parties may obtain a better understanding of each other's respective positions and

14   be in a better position to design a schedule for the case, should a case management conference

15   occur after the mediation concludes.

16   The parties therefore request that the court issue its order, continuing the October 29,

17   2009 case management conference to a date after November 20, 2009.

18   It is so stipulated.

19   DATED:  October 22, 2009                    BURNHAM BROWN

20

21                                             _____

22                                             DAVID H. WATERS
                                              Attorneys for Defendant
23                                             GREAT AMERICAN INSURANCE COMPANY

24   DATED:  October 22, 2009

25

26                                             _____

27                                             RICHARD JOHNSON
                                              Attorneys for Defendant
28                                             GREAT AMERICAN INSURANCE COMPANY

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the case management conference in this case be
continued from October 29, 2009 to _December 10_____, 2009, at 2:30 2:00 p.m., in Courtroom
3 of this court, in Oakland, CA.


DATED:  October 22; 26 2009

IT IS SO ORDERED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Phyllis J. Hamilton

972974