David H. Waters, State Bar No. 078512
Robert M. Bodzin, State Bar No. 201327
Alison F. Greene, State Bar No. 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:            dwaters@burnhambrown.com
                      rbodzin@burnhambrown.com
                      agreene@burnhambrown.com

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIUS PAYNE,<br><br>        Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; and DOES 1-50, Inclusive,<br><br>        Defendants. | No.  C 09-01188 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    December 10, 2009<br>Time:    2:00 p.m.<br>Courtroom:  3 |

Plaintiff Flavius Payne and Defendant Great American Insurance Company hereby submit their Case Management Conference Statement.

On November 20, 2009, the parties engaged in mediation and settled all claims.  A release had been signed and a stipulation for dismissal with prejudice will be filed after defendant makes payment of the agreed settlement amount.

The parties request that the Court continue the pending December 10, 2009, Case Management Conference to a date in January, by which time the settlement will have been paid

1  and the stipulation for dismissal filed.

2      Respectfully submitted.

3  DATED: November 25, 2009        BURNHAM BROWN

4

5          /S/
        _____

6          DAVID H. WATERS
        Attorneys for Defendant

7          GREAT AMERICAN INSURANCE COMPANY

8

9  DATED: November 25, 2009

10         /S/
        _____

11         RICHARD JOHNSTON
        Attorney for Plaintiff

12         FLAVIUS PAYNE

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the Case Management Conference in this case be continued until January 7, 2010, at 2:00 p.m.

DATED: 12/3/09

IT IS SO ORDERED

Judge Phyllis J. Hamilton

978421

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**    2    No. C 09-01188 PJH