Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Flavius Payne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIUS PAYNE, | Case No. C 09-1188 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| GREAT AMERICAN INSURANCE COMPANY; and Does 1 to 50 Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear his/its own costs and fees.

Dated: November 24, 2009

　　　　　　　　／s／　　　　　　　　
Richard Johnston
Attorney for Plaintiff
Flavius Payne

Dated: November 24, 2009

BURNHAM BROWN
A Professional Law Corporation

12/9/09

　　　　　　　　／s／　　　　　　　　
By: David H. Waters
Attorneys for Defendant
Great American Insurance Company

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL